June 22, 2021

Honorable Lee H. Rosenthal
United States District Court
515 Rusk Street
Houston, Texas 77002

    Re:    *Fitzgerald, et al. v. Apache Corporation*
             Case No. 21-cv-01306

Dear Chief Judge Rosenthal:

This joint letter is to notify the Court that the parties agree to extend the submission date for Defendant Apache Corporation's *Motion to Dismiss* [Dkt. #19] (the "Motion") from July 2, 2021 to July 27, 2021, with Plaintiff having up to and through July 20, 2021 to file her response to the Motion and Defendant having up to and through July 27, 2021 to file any reply. The parties jointly request the Court approve the extension of these dates and, if the Court deems necessary, reset the Initial Pretrial and Scheduling Conference (currently set for July 30, 2021).

Thank you for your consideration in these matters.

Sincerely,

| SHARP LAW, LLP | SUSMAN GODFREY L.L.P. |
|---|---|
| */s/ Rex A. Sharp* | */s/ William R.H. Merrill* |
| Rex A. Sharp, Texas Bar No. 18118800 | William R.H. Merrill, Texas State Bar No. 24006064 |
| SDTX Bar No. 6272 | S.D. Admission No. 23601 |
| Allison B. Waters, Texas Bar No. 795994 | Abigail C. Noebels, Texas State Bar No. 24083578 |
| SDTX Bar No. 27568 | S.D. Admission No. 2209468 |
| William G. Wright, Kansas Bar No. 18352* | 1000 Louisiana Street, Suite 5100 |
| Scott B. Goodger, Texas Bar No. 24103736* | Houston, Texas 77002-5096 |
| 4820 West 75th Street | (713) 651-9366 |
| Prairie Village, KS 66208 | bmerrill@susmangodfrey.com |
| (913) 901-0505 | anoebels@susmangodfrey.com |
| rsharp@midwest-law.com | |
| awaters@midwest-law.com | Max Isaac Straus (admitted *pro hac vice*) |
| gwright@midest-law.com | New York State Registration No. 5633623 |
| sgoodger@midwest-law.com | 1301 Avenue of the Americas, 32nd Floor |
| *(admitted *pro hac vice*) | New York, New York 10019 |
| | (212) 729-2048 |
| ***Attorneys for Plaintiff and the Proposed Class*** | mstraus@susmangodfrey.com |
| | ***Attorneys for Apache Corporation*** |