United States District Court
Southern District of Texas
**ENTERED**
March 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHELLY NASH FITZGERALD, as TRUSTEE OF THE JACKSON FAMILY MINERAL TRUST, on behalf of itself and a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>APACHE CORPORATION,<br><br>Defendant. | No. 4:21-cv-1306 |

## Final Judgment

Pursuant to the Court's Memorandum Opinion and Order (ECF 50) granting Defendant Apache Corporation's Motion to Dismiss First Amended Class Action Complaint, and for the reasons stated therein, the Court hereby enters Final Judgment in favor of Defendant Apache Corporation. The time granted Plaintiff to amend its complaint having elapsed on February 11, 2022, the Court orders Plaintiff's First Amended Class Action Complaint (ECF 23) dismissed with prejudice and directs the clerk to enter this judgment pursuant to Federal Rule of Civil Procedure 58(b).

March 3, 2022

_____
Lee H. Rosenthal
Chief United States District Judge

Dated: March 3, 2022

Respectfully submitted,

SUSMAN GODFREY L.L.P.

*/s/ William R. H. Merrill*
William R. H. Merrill
Texas State Bar No. 24006064
S.D. Admission No. 23601
Abigail C. Noebels
Texas State Bar No. 24083578
S.D. Admission No. 2209468
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
bmerrill@susmangodfrey.com
anoebels@susmangodfrey.com

Max Isaac Straus *(admitted pro hac vice)*
New York State Bar No. 5633623
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 729-2048
mstraus@susmangodfrey.com

*Attorneys for Apache Corporation*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was duly served electronically on all known counsel of record through the Court's Electronic Filing System on March 3, 2022.

By: */s/ William R. H. Merrill*
William R. H. Merrill